UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY SHERMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVEL, INC., a Nevada corporation, THEVEGASPACKAGE.COM, INC., a Nevada corporation, EVELYN D. LANGER, individually, and DOUGLAS M. LITTLETON a/k/a DOUGLAS DOUGLAS, individually,<br><br>　　　　Defendants. | Case No. 2:23-cv-00664-JAD-EJY<br><br>**ORDER** |

　　　　Pending before the Court is the Motion to Withdraw as Counsel for Defendants[1] filed on January 25, 2025. ECF No. 32. No response to the Motion was received by the Court. In support of withdrawal, Counsel states "Defendants insist upon taking actions with which Movant fundamentally disagrees. Additionally, the continued representation will cause an unreasonable financial burden …." The Court notes that seven days after counsel for Defendants filed his Motion to Withdraw, Plaintiff filed a Motion to Compel. ECF No. 33

　　　　The Court finds good cause for the Motion to Withdraw and grants the same below. The Court also finds it appropriate to extend the due date for Defendants to respond to the Motion to Compel, which allows Defendants time to retain new counsel. The Court further finds that no new motions relating to discovery may be filed during the "Stay Period" (defined below).

　　　　The corporate defendants are advised that they may not appear pro se. Corporations must be represented by counsel in federal court. Defendants are further advised that if they fail to file a response to the pending Motion to Compel on or before March 20, 2024, the Court is entitled to

---

[1] The title of the Motion misstates on whose behalf counsel seeks to withdraw. That is, the title of the Motion states it is a motion to withdraw as counsel for "Plaintiff." The Court chooses to ignore the title and rely on the body of the Motion for purposes of entering this Order.

grant the Motion under Local Rule 7-2(d) and award attorney's fees and costs under Fed. R. Civ. P. 37.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendants (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that each Defendant is granted through and including **March 11, 2024** for new counsel, if any, to file a notice of appearance (the "Stay Period"). This does not preclude any one or more Defendant from retaining counsel who may enter an appearance after March 11, 2024, but no stay is in effect after that date absent agreement by the parties or further order of the Court.

IT IS FURTHER ORDERED that no new motions pertaining to discovery may be filed during the Stay Period.

IT IS FURTHER ORDERED that the due date for responses to any pending written discovery is vacated during the Stay Period.

IT IS FURTHER ORDERED that the due date for any currently pending written discovery is reset to **March 18, 2024**.

IT IS FURTHER ORDERED that the due date for Defendants' response to the pending Motion to Compel is extended to **March 20, 2024**.

IT IS FURTHER ORDERED that discovery may actively recommence on **March 12, 2024**.

Dated this 9th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE