HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
Email: kholman@kristinaholman.com

Santiago J. Padilla, Esq. (*pro hac vice*)
Florida Bar No. 037478
LAW OFFICES OF SANTIAGO J. PADILLA, P.A.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Tel: (305) 824-2400
Fax: (305) 468-6321
Email:  sjp@padillalawoffice.com
*Attorneys for Plaintiff,*
    *Jeffrey Sherman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY SHERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EVEL, INC., a Nevada corporation, THEVEGASPACKAGE.COM, INC., a Nevada corporation, EVELYN D. LANGER, individually, and DOUGLAS M. LITTLETON a/k/a DOUGLAS DOUGLAS, individually.<br><br>    Defendants. | CASE NO.: 2:23-cv-00664-JAD-EJY<br><br>**AMENDED[1] STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 62 |

    NOW COME, the parties, Plaintiff JEFFREY SHERMAN ("Plaintiff"), and the Defendants

EVEL, INC., a Nevada corporation ("EVEL"), THEVEGASPACKAGE.COM, INC., a Nevada

corporation ("THEVEGASPACKAGE"), EVELYN D. LANGER, individually ("LANGER"), and

DOUGLAS M. LITTLETON a/k/a DOUGLAS DOUGLAS, individually ("LITTLETON")

---

[1] The Joint Stipulation of Dismissal with Prejudice that was previously filed es ECF No. 61 is being amended for the sole purpose of adding a signature block for the Court's signature as required by Local Rule LR IA 6-2.

-1-

(EVEL, THEVEGASPACKAGE, LANGER, and LITTLETON collectively referred to as the "Defendants"), having entered into a Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the parties in their Agreement.

Respectfully submitted this 22nd day of August 2024.

By: /s/ *Kristina S. Holman*
Kristina S. Holman
SBN No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777   / Fax: (702) 990-8681
Email: kholman@kristinaholman.com

By: /s/ *Santiago J. Padilla*
Santiago J. Padilla, Esq. (*pro hac vice*)
Florida Bar No. 037478
LAW OFFICES OF SANTIAGO J. PADILLA, P.A.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Tel: (305) 824-2400 / Fax: (305) 468-6321
Email: sjp@padillalawoffice.com
Attorneys for Plaintiff

By: /s/ *Corey B. Beck*
Corey B. Beck, Esq.
Nevada Bar 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
becksbk@yahoo.com
Attorney for Defendants-

## ORDER

Based on the parties' stipulation [ECF No. 62] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2024